# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **Criminal No.  16-CR-234** |
| **v.** | § | |
| | § | **VANESSA D. GILMORE** |
| **GWENDOLYN ARNETTA GIBBS,** | § | Judge |
| **a.k.a GWENDOLYNN ARNETTA,** | § | |
| **GIBBS;** | § | Byron Thomas |
| **CHARLES JOSEPH GUIDRY; and** | § | Case Manager |
| **JUSTINA OBUMNADOR UZOWULU,** | § | |
| **Defendants.** | § | |
| | § | **JURY TRIAL** |
| | § | Proceeding |

## EXHIBIT LIST OF THE UNITED STATES OF AMERICA

| No. | Description | Of fr. | Obj. | Date Adm | Date N/Adm |
|---|---|---|---|---|---|
| | **01-  Summary Charts as to Counts 1, Conspiracy to Commit Health Care Fraud, and Counts 2, 3, 4, and 5 Healthcare Fraud** | | | | |
| 1 | Daybreak Rehabilitation Center ("Daybreak") Outpatient Medicare Claims Totals by Beneficiary, January 2007 to April 2016 | | | | |
| 2 | Count 2 – Daybreak Medicare Claims for C. Zenon, September 16, 2013–September 30, 2013 | | | | |
| 3 | Count 3 – Daybreak Medicare Claims for J. Zenon, September 16, 2013–September 30, 2013 | | | | |
| 4 | Count 4 – Daybreak Medicare Claims for C. Zenon, October 1, 2015–October 30, 2015 | | | | |
| 5 | Count 5 – Daybreak Medicare Claims for J. Zenon, October 1, 2015–October 30, 2015 | | | | |
| | **100 – Medicare Enrollment Documents and Claims Data** | | | | |
| 100 | Medicare Outpatient Claims Data for Daybreak Rehabilitation Center ("Daybreak") (on CD) | | | | |

| 101 | Medicare Part B Claims Data for Gibbs Care Home (on CD) | | | | |
|---|---|---|---|---|---|
| 102 | Medicare Part B Claims Data for Procare Community Resources, Inc. ("Procare") (on CD) | | | | |
| 103 | Medicare Claims Data for C. Zenon – Home Health, Inpatient, Outpatient, DME, and Part B Claims (on CD) | | | | |
| 104 | Medicare Claims Data for J. Zenon – Home Health, Inpatient, Outpatient, and Part B Claims (on CD) | | | | |
| 105 | Medicare Claims Data for C. Zenon, 2016–2019 (on CD) | | | | |
| 106 | Medicare Claims Data for J. Zenon, 2016–2019 (on CD) | | | | |
| 107 | Medicare Provider Enrollment Applications for Daybreak (DOJ_DAYBREAK-00004383– DOJ_DAYBREAK-00004385; DOJ_DAYBREAK-00004363– DOJ_DAYBREAK-00004382; DOJ_DAYBREAK-00004345– DOJ_DAYBREAK-00004360; DOJ_DAYBREAK-00004310– DOJ_DAYBREAK-00004338) | | | | |
| 108 | Electronic Funds Transfer ("EFT") Authorization Agreement for Daybreak – Account x9265 (DOJ-DAYBREAK-0004293–DOJ-DAYBREAK-0004294) | | | | |
| 109 | EFT Authorization Agreement for Daybreak – Account x0457 (DOJ-DAYBREAK-0004282–DOJ-DAYBREAK-0004283) | | | | |
| 110 | Electronic Data Interchange ("EDI") for Daybreak (No Bates) | | | | |
| 111 | Medicare Provider Enrollment Applications for Gibbs Care Home (DOJ_DAYBREAK-0004409–DOJ_DAYBREAK-0004458; | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | DOJ_DAYBREAK-0004487–DOJ_DAYBREAK-0004523) | | | | |
| 112 | EFT Authorization Agreement for Gibbs Care Home – Account x4821 (DOJ_DAYBREAK-0004552–DOJ_DAYBREAK-0004553, DOJ_DAYBREAK-0004566–DOJ_DAYBREAK-0004570) | | | | |
| 113 | EFT Authorization Agreement for Gibbs Care Home – Account x4634 (DOJ_DAYBREAK-0004554–DOJ_DAYBREAK-0004555) | | | | |
| 114 | EDI for Gibbs Care Home (DOJ_DAYBREAK-0004542–DOJ_DAYBREAK-0004548) | | | | |
| 115 | Medicare Provider Enrollment Application for Procare (DOJ_DAYBREAK-0004586–DOJ_DAYBREAK-0004634, DOJ_DAYBREAK-0004663–DOJ_DAYBREAK-0004672) | | | | |
| 116 | EFT Authorization Agreement for Procare – Account x4010 (DOJ_DAYBREAK-0004694–DOJ_DAYBREAK-0004696) | | | | |
| **Medicaid Enrollment Documents and Claims Data** | | | | | |
| 117 | Medicaid Claims Data for Daybreak (on CD) | | | | |
| 118 | Medicaid Claims Data for Gibbs Care Home (on CD) | | | | |
| 119 | Medicaid Claims Data for Procare (on CD) | | | | |
| 120 | Medicaid Provider Agreement for Daybreak (DOJ_DAYBREAK-0000262–DOJ_DAYBREAK-0000287) | | | | |
| 121 | EFT Authorization Agreements for Daybreak – Accounts x0457, x9265 (DOJ_DAYBREAK-0000300, DOJ_DAYBREAK-0000292) | | | | |

| 122 | Medicaid Provider Agreement for Gibbs Care Home (DOJ_DAYBREAK-00000323–DOJ_DAYBREAK-00000372) | | | | |
|---|---|---|---|---|---|
| 123 | EFT Authorization Agreement for Gibbs Care Home – Account x4634 (DOJ_DAYBREAK-0000451) | | | | |
| 124 | Medicaid Provider Agreement and EFT Authorization Agreement – Account x4010 for Procare (DOJ_DAYBREAK-0000488–DOJ_DAYBREAK-0000567) | | | | |
| 125 | Medicaid Provider Agreement for Remedi Plus, Inc. ("Remedi") (DOJ_DAYBREAK-0000794–DOJ_DAYBREAK0000841, DOJ_DAYBREAK-0000898, DOJ_DAYBREAK-0000901) | | | | |
| 126 | EFT Authorization Agreement for Remedi – Account x5480 (DOJ_DAYBREAK-0000883) | | | | |
| 127 | Medicaid Provider Agreement for Visionaire Plus, Inc. ("Visionaire") (DOJ_DAYBREAK-0000906–DOJ_DAYBREAK-0000925, DOJ_DAYBREAK-0001058) | | | | |
| 128 | EFT Authorization Agreements for Visionaire – Account x8988, Account x2104 (DOJ_DAYBREAK-0000926, DOJ_DAYBREAK-0001055) | | | | |
| **200 – Local Coverage Determinations ("LCDs") and Texas Administrative Code** | | | | | |
| 200 | TrailBlazer LCD for Partial Hospitalization Programs (PHPs) – August 17, 1998 through June 13, 2008 | | | | |
| 201 | TrailBlazer LCD for PHPs – March 1, 2008 through October 28, 2012 | | | | |
| 202 | TrailBlazer LCD for PHPs – October 28, 2012 though 2016 | | | | |
| 203 | Texas Administrative Code Rule, Title 22 Examining Boards, Part 34 Texas State Board | | | | |

| | | | | |
|---|---|---|---|---|
| | of Social Worker Examiners, Rule §781.102 Definitions, Repealed February 20, 2008 | | | | |
| 204 | Texas Administrative Code Rule, Title 22 Examing Boards, Part 34 Texas State Board of Social Worker Examiners, Rule §781.102 Definitions, Repealed January 27, 2011 | | | | |
| 205 | Texas Administrative Code Rule, Title 22 Examing Boards, Part 34 Texas State Board of Social Worker Examiners, Rule §781.102 Definitions, Current | | | | |
| **300 – Social Security Administration Documents** | | | | | |
| 300 | Social Security Beneficiary List – Gwendolyn Guidry (DOJ_DAYBREAK-0055141) | | | | |
| 301 | Social Security Beneficiary List – Charles Guidry (DOJ_DAYBREAK-0055142) | | | | |
| 302 | Social Security Current and Terminated Beneficiary Lists – Divine Heritage Assisted Living Inc. (DOJ_DAYBREAK-0055143) | | | | |
| 303 | Representative Payee Applications for C. Zenon (DOJ_DAYBREAK-0009731-DOJ_DAYBREAK-0009739, DOJ_DAYBREAK-0009705-DOJ_DAYBREAK-0009713, DOJ_DAYBREAK-0009723-DOJ_DAYBREAK-0009730) | | | | |
| 304 | Representative Payee Selection Letters for C. Zenon (DOJ_DAYBREAK-0009815-DOJ_DAYBREAK-0009816, DOJ_DAYBREAK-0009817-DOJ_DAYBREAK-0009818, DOJ_DAYBREAK-0009819-DOJ_DAYBREAK-0009820) | | | | |
| 305 | Representative Payee Applications for J. Zenon (DOJ_DAYBREAK-0055194-DOJ_DAYBREAK-0055195, DOJ_DAYBREAK-0055197-DOJ_DAYBREAK-0055198) | | | | |

| | | | | |
|---|---|---|---|---|
| 306 | Representative Payee Selection Letters for J. Zenon (DOJ_DAYBREAK-0055318-DOJ_DAYBREAK-0055319, DOJ_DAYBREAK-0055326-DOJ_DAYBREAK-0055327, DOJ_DAYBREAK-0055341-DOJ_DAYBREAK-0055342) | | | | |
| 307 | Representative Payee App for C. Zenon and J. Zenon–June 4, 2009 (DOJ_DAYBREAK-0055263–DOJ_DAYBREAK-0055268) | | | | |
| **400-Harris County and Texas Secretary of State Records** | | | | | |
| 400 | Assumed Name Records Daybreak (DOJ_DAYBREAK-0058590–DOJ_DAYBREAK-0058593) | | | | |
| 401 | Assumed Name Records Gibbs Care Home (DOJ_DAYBREAK-0058579–DOJ_DAYBREAK-0058580) | | | | |
| 402 | Assumed Name Records Daybreak Home Health Nursing (DOJ_DAYBREAK-0058586–DOJ_DAYBREAK-00058589) | | | | |
| 403 | Assumed Name Record Outreach Day Hab (DOJ_DAYBREAK-0058581) | | | | |
| 404 | Assumed Name Record Better-Life Assisted Living (DOJ_DAYBREAK-0058582-DOJ_DAYBREAK-0058583) | | | | |
| 405 | Texas Secretary of State Records Daybreak (DOJ_DAYBREAK-0050850 - DOJ_DAYBREAK-0050885) | | | | |
| 406 | Texas Secretary of State Records Divine Heritage (DOJ_DAYBREAK-0050768 - DOJ_DAYBREAK-0050778) | | | | |
| 407 | Texas Secretary of State Records Everyday Health Management (DOJ_DAYBREAK-0050779 - DOJ_DAYBREAK-0050786) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 408 | Texas Secretary of State Records Gibbs Care Home (DOJ_DAYBREAK-0050886 - DOJ_DAYBREAK-0050913 | | | | |
| 409 | Texas Secretary of State Records Infinity EMS (DOJ_DAYBREAK-0050787 - DOJ_DAYBREAK-0050820) | | | | |
| 410 | Texas Secretary of State Records ProCare Community Resources, Inc. (DOJ_DAYBREAK-0050914 - DOJ_DAYBREAK-0050921) | | | | |
| 411 | Texas Secretary of State Records Remedi Plus (DOJ_DAYBREAK-0050821 - DOJ_DAYBREAK-0050830) | | | | |
| 412 | Texas Secretary of State Records Visionaire Plus (DOJ_DAYBREAK-0050831 - DOJ_DAYBREAK-0050849) | | | | |
| **500-Search Evidence from West Orem Location** | | | | | |
| 500 | Adom, A. Patient Records 2009 (Day SW Box 25 Rm A) | | | | |
| 501 | Daniels, D. Patient Records 2008 (Day SW Box 6 Rm A 00776-0778) | | | | |
| 502 | Robinson, S. Patient Records 2009, 2010 (Day SW Box 14 Rm A, Day SW Box 12 Rm A) | | | | |
| 503 | Simmons, I. Patient Documents (DaySW Box 5 Rm G; Day SW Box 13 Rm A-0520-0521, Day SW Rm A Box 14) | | | | |
| 504 | Wesley, R. Patient Documents 2013, 2014, 2016 (Day SW Box 24 Rm A- 0061-0071, Day SW Box 13 Rm A- 0518-519) | | | | |
| 505 | Zenon, C. Patient Documents, April 2015 through July 2015 (Day SW Bx 10 Rm A 50-71) | | | | |
| 506 | Zenon, C. Patient Documents, August 2015 through January 2016 (Day SW Box 10 Rm A 001-016) | | | | |

| | | | | |
|---|---|---|---|---|
| 507 | Zenon, C. Patient Documents February 2016 (Day SW Box 5 Rm G 0083-0138) | | | |
| 508 | Zenon, J. Patient Documents, February 2008-October 2008 (Day SW Box 14 1390-1492) | | | |
| 509 | Zenon, J. Patient Documents, April 2015 through July 2015  (Day SW Bx 10 Rm A 125-172) | | | |
| 510 | Zenon, J. Patient Documents, August 2015 through January 2016 (Day SW Bx 10 Rm A 173-181) | | | |
| 511 | Treatment Plans for E. Cooper, C. Bruhl, L. Williams, 2015 (DaySW Box 26 Rm A 255-258, 077-079, Day SW Box 13 Rm A 0821-0822) | | | |
| 512 | Daybreak Rehabilitation Center Organization Chart (Day SW Box 33 422) | | | |
| 513 | Compilation Daybreak Rehabilitation Center CMHS Initial Screening Forms 2014, 2015, 2016 (Day SW Box 4 Rm G, Day SW Box 10 Rm A, Day SW Box 13 Rm A, Day SW Box 8 Rm A- 1438-1440, Day SW Box 25 Rm A-0261-0262, 0354-0355) | | | |
| 514 | Memo To: Daybreak Staff, From: Gwen Gibbs, Adminstrator, Regarding Medicare Survey August 20, 2009 (Day SW Rm A Box 14 1745, 1746) | | | |
| 515 | Correspondence between CMS and Daybreak Rehabilitation Center, March 28, 2011, December 22, 2010 (Day SW Box 14 Rm A 1735-1744) | | | |
| 516 | Records related to Daybreak's Response to Texas Attorney General's Office Medicaid Fraud Control Unit Demand for Records (Day SW Box 13 1010-1100, Box 14 1845-1797) | | | |

| | | | | |
|---|---|---|---|---|
| 517 | Daybreak CMHC Special Advisory Committee II Meeting Minutes 2015 (Day SW Box 7 Rm G- 203-212) | | | |
| 518 | IOP Billing Records 2012 (Day SW Box 15, 314-380) | | | |
| 519 | Compliation of Group Sign-In Sheets 2012-2015 (Day SW Box 33- 524-526, Box 29 Rm A- 0154-0164, 0211, Box 12 Rm A- 1319) | | | |
| 520 | "QA Monitoring" from 2012 (Day SW Box 13 Rm A 1537-1538) | | | |
| 521 | Handwritten Faxed Messages to Linda Gordon (Day SW Box 33- 480-483, 715, 807-809, 812-813, 816, 872-874) | | | |
| 522 | Daybreak Home Health Nursing Services Medicaid Provider Agreement (DaySW Box 20 Rm A 0063-0070) | | | |
| 523 | Daybreak Home Health Nursing Services Plans of Care and ICAP Assessments (DaySW Box 19 RmA- 0144-0145, 0229-0452) | | | |
| 524 | Daybreak Home Health Nursing Services Lease Agreement between Coffy Zenon and Gwen Gibbs, June 2015 (DaySW Box 19 Rm A-0159–0160) | | | |
| 525 | Daybreak Center Contract for Psychological Services – October 16, 2015 (DaySW Box 19 Rm A- 0026-0036) | | | |
| 526 | Psychological Consultant Invoice, November 1, 2015 (DaySW Box 19 Rm A-0023-0024) | | | |
| 527 | ICAP for C. Zenon – October 28, 2012, December 15, 2008 (Day SW Bx 27 RmA 0474-0476, 0017-0030) | | | |
| 528 | ICAP for C. Zenon – October 16, 2015 (DaySW Box 19 Rm A-0341-0356) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 529 | ICAP for J. Zenon – October 28, 2012 (DaySW Bx 23 RmA 0850-0871) | | | | |
| 530 | ICAP for R. Wesley – October 28, 2012 (DaySW Box 27 512-530) | | | | |
| 531 | ICAP for R. Wesley – October 16, 2015 (Day SW Box 288-307) | | | | |
| 532 | Daybreak Home Health Nursing Services Memos to Dr. Mann Re: Quarterly Advisory Committee Meetings 2012, 2013 (DaySW Box 31 Rm A 1698, 1701, 1687) | | | | |
| **600-Search Evidence from Storage Unit** | | | | | |
| 600 | Clay, E. Patient Documents—2012 (DB Storage Bx 34-00002 - 00021) | | | | |
| 601 | Cross, S. Patient Documents– 2008, 2009, 2010 (DB Storage Bx 12) – 3 files by PDF | | | | |
| 602 | Gass, B. Patient Documents– August 2007, April 2008 (DB Storage Box 50-1495-1508; DB Storage Box 50- 1523-1710) | | | | |
| 603 | Loftin, S. Patient Documents – March 2008 (DB Storage Box 45- 281-293) | | | | |
| 604 | Martin, E. H. Individual Therapy Note (DB Storage Bx 20- 1561) | | | | |
| 605 | Powell, A. Patient Documents– 2009–2010 (DB Storage Bx 110- 1945-2035, DB Storage Bx 71- 1228-1319, and DB Storage Bx 88- 748-753) | | | | |
| 606 | Richardson, L. Patient Documents 2008 (DB Storage Box 45- 412-425) | | | | |
| 607 | Weldon, M. Patient Documents (DB Storage Box 42- 1848, 1877-1881, 1896, 1899-1900) | | | | |
| 608 | Willbanks, W. Patient Document (DB Storage Box 42- 1793) | | | | |

| | | | | |
|---|---|---|---|---|
| 609 | Zenon, C. Patient Documents August 2008 through November 2008 (DB Storage Bx 110 161-274) | | | |
| 610 | Zenon, C. Patient Documents, July 2009– January 2010 (DB Storage Bx 110- 751-813) | | | |
| 611 | Zenon, J. and Wesley, R., Initial Psychiatric Evaluation, October 2012 (DB Storage Bx 7 – 1311-1313, 1324-1326) | | | |
| 612 | White, R. Patient Documents February 2009 (DB Storage Bx 76- 269-318) | | | |
| 613 | Hall, P. Patient Documents 2008 (DB Storage Bx 81- 19-218, DB Storage Bx 11- 219-227; DB Storage Bx 25- 10) | | | |
| 614 | Patricia Hall Daily Time Sheet "Sample" (DB Storage Bx 85- 1194) | | | |
| 615 | Daybreak Q&A Control Sheet "Ms. Pat"(DB Storage Box 88- 814-816) | | | |
| 616 | Compilation of Quality Control Sheets 2006, 2007, 2008 (DB Storage Bx 101- 234-241, Bx 107- 425-486) | | | |
| 617 | Patient Data Sheet J. Davis with Stickie Notes (DB Storage Bx 91- 638) | | | |
| 618 | Compilation of Daily Transportation Records, Longbrook and Hornbrook, 2008, 2009, 2010, 2011 – 4 PDF's (DB Storage Bx 53, DB Storage Box 81, DB Storage Box 85 DB Storage Box 9, DB Storage Bx 21, DB Storage Bx 46) | | | |
| 619 | Compilation of Progress Notes Signed by Charles Guidry (DB Storage Bx 11, DB Storage Bx 1, DB Storage Bx 15, DB Storage Bx 20) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 620 | Compilation of Service Delivery Logs October 2008–December 2008 (DB Storage Bx 80- 368-538, 1895-2036, DB Storage Bx 43- 889-1090) | | | | |
| 621 | Daybreak Visitors Sign in and Out Sheet June 2011 (DB Storage Bx 105- 472) | | | | |
| 622 | Daily Census Records September 2011, January 2012, March 2012, July 2012, February 2015 (DB Storage Box 54, DB Storage Box 67, DB Storage Box 73- 1755-1763) | | | | |
| 623 | Daybreak Adult Day Care Fliers (DB Storage Box 69- 915, 931, DB Storage Box 70- 948, 951, 954-955, DB Storage Box 88-488-489) | | | | |
| 624 | Handwritten Note "Important Notes: 06/08/2011 List of Screenings Need Tx Plans" with list of patients (DB Storage Box 88 –502,503) | | | | |
| 625 | Handwritten Note "Feb Staffing Wed. 02/09/10" (DB Storage Box 86- 79-80, 88-207, 333-334) | | | | |
| 626 | Handwritten Linda Gordon Duties (DB Storage Box 101- 734, 735) | | | | |
| 627 | Daybreak Internal Memos (DB Storage Box 55, 62) | | | | |
| 628 | List of Providers for Food Vouchers (DB Storage Bx 16- 480) | | | | |
| 629 | Fiesta Mart Vouchers January 2007 – Gwen Franks (DB Storage Box 8- 2225, 2232-2235) | | | | |
| 630 | Fiesta Mart Vouchers November 2007 (DB Storage Bx 8- 3201-3206) | | | | |
| 631 | Daybreak Providers List 2008, 2009 (DB Storage Box 69- 329-330, 346-355, 231-232, 422-423, 1401-1402) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 632 | Notebook with Handwritten Notes 2008 (DB Storage Box 68- 559-593) | | | | |
| 633 | Bills for Israel Simmons (DB Storage Bx 16- 130-134) | | | | |
| 634 | Compilation of Receipts for Cigarettes (DB Storage Bxs 8, 16, 54, 59) | | | | |
| 635 | Receipts for Money Orders and Gift Cards, 2014 and 2015 (DB Storage Box 12- 465, 483-484, 900, 1197, DB Storage Box 54- 724-725, 473) | | | | |
| 636 | Lease Agreement for 4630 Brazos Bend Drive - 2008 (DB Storage Box 4- 1809- 1814) | | | | |
| 637 | Lease Agreement for 4914 Mulberry Circle – June 2009 (DB Storage Box 93- 1384) | | | | |
| 638 | Eviction Notice for Reserve at Bankside (DB Storage Bx 12- 1021-1022) | | | | |
| 639 | Daybreak Home Health Nursing Services Records Day Hab Agreement (DB Storage Bx 76- 239-240) | | | | |
| 640 | Daybreak Home Health Nursing Services List of Staff (DB Storage Bx 16- 051) | | | | |
| 641 | Service Delivery Logs for J. Zenon, May 2009–May 2010 (DB Storage Box 73- 16- 29, 583) | | | | |
| 642 | Compilation of Daybreak Ambulance Transportation Logs 2009, 2010 (DB Storage Box 55- 884-906, DB Storage Box 78- 928-1007, DB Storage Box 83- 250- 271) | | | | |
| 643 | List entitled "PT's PULLED – AMBULANCE RIDERS" dated August 31, 2010 (DB Storage Bx 74- 80-82) | | | | |
| 644 | Committee Meeting Topic: EMS dated August 13, 2010 (DB Storage Bx 74- 202) | | | | |

13

| | | | | | |
|---|---|---|---|---|---|
| 645 | 2010 CMS Audit Folder (DB Storage Bx 45- 508-650) | | | | |
| 646 | Cheat Sheet, Instructions for Determining "ELOS" ie Expected Length of Stay Projected Discharge Date (DB Storage Bx 40- 567-568) | | | | |
| 647 | Thomas, B. Patient Intake (DB Storage Bx 74- 1195) | | | | |
| 648 | Patient List November 2009 with IOP Comments (DB Storage Box 87- 284-288) | | | | |
| **700-Search Evidence from Gibbs Residence** | | | | | |
| 700 | Patient Documents for E. Clay July 2010 (DB Residence Bx 6) | | | | |
| 701 | Daybreak Rehabilitation Center Policies & Procedures Binder (DB Residence Bx 7-152–DB Residence | | | | |
| 702 | Community Mental Health Center Federal Regulations Set (DB Residence Bx 7-140–DB Residence Bx 7-280) | | | | |
| 703 | QA Monitoring 02/01-15/2012 (DB Residence Bx 5-613) | | | | |
| 704 | Things to Do 2015 (DB Residence Bx 5-611) | | | | |
| 705 | Employment Documents – Mitchell Thibideaux (DB Residence Bx 2) | | | | |
| 706 | Employment Documents – Ron Turner (DB Residence Bx 2-1034–1035) | | | | |
| 707 | Employment Documents – Patricia Hall (DB Residence Bx 1) | | | | |
| 708 | Patient List from October 2012 with "Linda Copy" (DB Residence 3 680) | | | | |
| **800-Documents Obtained from Other Sources** | | | | | |
| 800 | Reserve at Bankside Lease for Coffee Zenon, Joseph Zenon, and Zanya Jenkins, June 2014 (Reserve at Bankside 001–Reserve at Bankside 061) | | | | |

14

| | | | | |
|---|---|---|---|---|
| 801 | Mann Psychological Consulting Contact Notes for B. Law, R. Wesley, C. Zenon, J. Zenon (DOJ_DAYBREAK-0001682-DOJ_DAYBREAK-0001717) | | | |
| 802 | Dr. Gerald I. Busch, MD Patient Records for E. Clay 2013-2016 (Busch/Clay 001-131) | | | |
| 803 | Lifeway Healthcare, Inc. Patient File for C. Zenon, 09/12/13 - 12/23/13 (Lifeway – C.Z. 001-109) | | | |
| 804 | Lifeway Healthcare, Inc. Patient File for J. Zenon, 09/12/13 - 12/23/13 (Lifeway – J.Z. 001-112) | | | |
| 805 | Records provided by Stacey Parker-Blake (SPBlake 001-0049) | | | |
| 806 | Handwritten Letters by Gwendowlyn Gibbs, January 7, 2015, provided by Faye Jacob | | | |
| 807 | License Verification, Guidry, Charles Joseph, Licensed Baccalaureate Social Worker | | | |
| **900-Bank Records** | | | | |
| 900 | Signature Card for Gwendolyn Gibbs Bank of America Account x7029 (DOJ_DAYBREAK-0028959 – DOJ_DAYBREAK-0028960) | | | |
| 901 | Signature Card for Daybreak Home Health Nursing Services Chase Account x0763 (DOJ_DAYBREAK-0051601) | | | |
| 902 | Signature Card for Daybreak Home Health Nursing Services Gwen & Tarek Gibbs Chase Account x8286 (DOJ_DAYBREAK-0022936) | | | |
| 903 | Signature Card for Daybreak Rehab Center Chase Account x1201 (DOJ_DAYBREAK-0011269 – DOJ_DAYBREAK-0011270) | | | |

| | | | | |
|---|---|---|---|---|
| 904 | Signature Card for Daybreak Rehab Center Chase Account x0683 (DOJ_DAYBREAK-0022097) | | | |
| 905 | Signature Card for Daybreak Rehab Center Chase Account x0675 (DOJ_DAYBREAK-0021072) | | | |
| 906 | Signature Card for Daybreak Rehab Center Chase Account x0457 (DOJ_DAYBREAK-0010064) | | | |
| 907 | Signature Card for Daybreak Rehab Center Chase Account x6999 (DOJ_DAYBREAK-0015360) | | | |
| 908 | Signature Card for Daybreak Rehab Center Chase Account x2267 and x9265 (DOJ_DAYBREAK-0020470 – DOJ_DAYBREAK-0020472) | | | |
| 909 | Signature Card for Daybreak Rehab Center Chase Account x7017, x7138, and x4716 (DOJ_DAYBREAK-0019801 – DOJ_DAYBREAK-0019807) | | | |
| 910 | Signature Card for Everday Health Mgt Services dba: Building New Beginnings Recovery Men Chase Account x9359, x3453 (DOJ_DAYBREAK-0055673) | | | |
| 911 | Signature Card for Everyday Health Management Services Chase Account x5519, x0567 (DOJ_DAYBREAK-0024467 – DOJ_DAYBREAK-0024468) | | | |
| 912 | Signature Card for Gibbs Care Home dba: Outreach Behaviorial Health Chase Account x8245 (DOJ_DAYBREAK-0052050) | | | |
| 913 | Signature Card for Gibbs Care Home, Inc. dba: Daybreak Center for All Account x4821, x8847 (DOJ_DAYBREAK-0018752 – DOJ_DAYBREAK-0018753) | | | |
| 914 | Signature Card for Gibbs Care Home Inc. dba: Gibbs Care Center Washington Mutual | | | |

| | | | | |
|---|---|---|---|---|
| | / JPMorgan Chase Bank x9560 (DOJ_DAYBREAK-0025978) | | | | |
| 915 | Signature Card for Gibbs Care Home Inc. Dba: Daybreak Adult Day Care x3165 (DOJ_DAYBREAK-0018624- DOJ_DAYBREAK-0018628) | | | | |
| 916 | Signature Card for Gibbs Care Home Chase Account x2267 and Account x4634 (DOJ_DAYBREAK-0026356, DOJ_DAYBREAK-0026379) | | | | |
| 917 | Signature Card for Gwen and Charles Guidry Chase Account x1851 (DOJ_DAYBREAK-0030449 – DOJ_DAYBREAK-0030450) | | | | |
| 918 | Signature Card for Gwendolyn A. Gibbs Chase Account x2530 and x1863 (DOJ_DAYBREAK-0029509) | | | | |
| 919 | Bank Statement for Gwendolyn A. Gibbs Chase Account x1863, February 21, 2007 (DOJ_DAYBREAK-0029293) | | | | |
| 920 | Signature Card for Gwendolyn A. Gibbs Chase Account x2680 (DOJ_DAYBREAK- 0013681 – DOJ_DAYBREAK-0013682) | | | | |
| 921 | Signature Card for Health Max Chase Account x1360 (no bates) | | | | |
| 922 | Signature Card for Health Max Chase Account x3289 (DOJ_DAYBREAK- 0030658) | | | | |
| 923 | Signature Card for Health Max Chase Account x4499 (no bates) | | | | |
| 924 | Signature Card for Nyah Inc. Chase Account x0949 (DOJ_DAYBREAK- 0056047) | | | | |
| 925 | Signature Card for Nyah Inc. Chase Account x3197 (DOJ_DAYBREAK- 0056049) | | | | |

| | | | | |
|---|---|---|---|---|
| 926 | Bank Statement, May 2, 2011 for Nyah Inc. Chase Account x0771 (DOJ_DAYBREAK-0055766) | | | |
| 927 | Signature Card for Procare Chase Account x4010 and x6093 (DOJ_DAYBREAK-0056552–DOJ_DAYBREAK-0056654) | | | |
| 928 | Reserved | | | |
| 929 | Reserved | | | |
| 930 | Signature Card for Robbie White and Gwen A. Guidry Chase Account x0046 (DOJ_DAYBREAK-0057117) | | | |
| 931 | Signature Card for Robbie White and Gwen A. Guidry Chase Account x 9256 (DOJ_DAYBREAK-0033614) | | | |
| 932 | Signature Card for Sarai E. Osorio Chase Account x 4019 (DOJ_DAYBREAK-0032010) | | | |
| 933 | Signature Card for Tarek Gibbs Chase Account x 9378 (DOJ_DAYBREAK-0025909) | | | |
| 934 | Signature Card for Tarek Gibbs Chase Account x 2380 (DOJ_DAYBREAK-0024874) | | | |
| 935 | Signature Card for Tarek Gibbs Chase Account x 8120 (DOJ_DAYBREAK-0025404) | | | |
| 936 | Signature Card for Tarek Gibbs and Gwendolyn Gibbs Chase Account x 9141 (DOJ_DAYBREAK0033292) | | | |
| 937 | Signature Card for Tarek Gibbs and Sarai E. Osorio Chase Account x 6079 (DOJ_DAYBREAK-0033238 – DOJ_DAYBREAK-0033242) | | | |

18

| | | | | | |
|---|---|---|---|---|---|
| 938 | Signature Card for Visionaire Chase Account x2104 (DOJ_DAYBREAK-0057638–DOJ_DAYBREAK-0057639) | | | | |
| 939 | Signature Card for Joseph Zenon and Gwendolyn Gibbs First National Account x5366 (DOJ_DAYBREAK-034010 – DOJ_DAYBREAK-0034011) | | | | |
| 940 | Signature Card for Coffee Zenon and Gwendolyn Gibbs First National Account x5374 (DOJ_DAYBREAK-0034006 – DOJ_DAYBREAK-0034007) | | | | |
| 941 | Signature Card for Gwendolyn Guidry First National Account x5737 (DOJ_DAYBREAK-0029530 – DOJ_DAYBREAK-0029531) | | | | |
| 942 | Signature Card for Every Day Health Management Services WAMU Account x7806 (DOJ_DAYBREAK-0024861) | | | | |
| 943 | Signature Card for Danetta C. Simonton Woodforest Account x3808 (DOJ_DAYBREAK-0054170) | | | | |
| 944 | Signature Card for Outreach Day Hab Woodforest Account x2414 (DOJ_DAYBREAK-0054031) | | | | |
| 945 | Signature Card for Starr L. Owens Woodforest Account x1767 DOJ_DAYBREAK-0053761) | | | | |
| 946 | Signature Card for Starr L. Owens Woodforest Account x9917 (DOJ_DAYBREAK-0054721) | | | | |
| 947 | Signature Card for Starr L. Owens Woodforest Account x9589 (DOJ_DAYBREAK-0054699) | | | | |
| 948 | Signature Card for Charles J. Guidry Chase Account x2726 (DOJ_DAYBREAK0029860) | | | | |

| | | | | |
|---|---|---|---|---|
| 949 | Signature Card for Charles J. Guidry Chase Account x1297 (DOJ_DAYBREAK0029719) | | | |
| 950 | Signature Card for Charles J. Guidry Chase Account x7772 (DOJ_DAYBREAK0029984) | | | |
| **1000- Recordings and Transcript** | | | | |
| 1000 | Recording of Charles Guidry, March 3, 2017 | | | |
| 1001 | Custodial Interview of Justina Uzowulu, May 16, 2016 (4 Video Files on a CD) | | | |
| 1002 | Transcript of Custodial Interview of Justina Uzowulu, May 16, 2016 (4 PDFs corresponding to each Video File) | | | |
| **1100-Photographs** | | | | |
| 1100 | Search Warrant Sketch (DOJ_DAYBREAK-0008612) | | | |
| 1101 | Photo of front of West Orem Location (DOJ_DAYBREAK-0008613) | | | |
| 1102 | Photo of front of West Orem Location 2 (DOJ_DAYBREAK-0008614) | | | |
| 1103 | Photo of front of West Orem Location 3 (DOJ_DAYBREAK-0008615) | | | |
| 1104 | Photo of Main Room (DOJ_DAYBREAK-0008617) | | | |
| 1105 | Photo of Main Room 2 (DOJ_DAYBREAK-0008726) | | | |
| 1106 | Photo of Group Room (DOJ_DAYBREAK-0008622) | | | |
| 1107 | Photo of Group Room 2 (DOJ_DAYBREAK-8721) | | | |
| 1108 | Photo of Group Room 3 (DOJ_DAYBREAK-8715) | | | |

| 1109 | Photo of File Cabinets (DOJ_DAYBREAK-0008654) | | | | |
| 1110 | Photo of Cubicles (DOJ_DAYBREAK-0008652) | | | | |
| 1111 | Photo Of Cubicles and File Cabinets (DOJ_DAYBREAK-0008719) | | | | |
| 1112 | Photo of Main Room from Cubicles (DOJ_DAYBREAK-0008678) | | | | |
| 1113 | Photo Of Daybreak Mission Statement (DOJ_DAYBREAK-0008692) | | | | |
| 1114 | Photo of Smoking Area (DOJ_DAYBREAK-0008734 | | | | |
| 1115 | Photo of Smoking Area 2 (DOJ_DAYBREAK-0008737) | | | | |
| 1116 | Photo of Smoking Area 3 (DOJ_DAYBREAK-0008738) | | | | |
| 1117 | Photo of Back Parking Lot (DOJ_DAYBREAK-0008740) | | | | |
| 1118 | Photograph of 11502 Hornbrook Houston, TX | | | | |
| 1119 | Photographs of 4915 Mulberry Circle Missouri City, TX | | | | |
| 1120 | Photograph of Gwendolyn Gibbs | | | | |
| 1121 | Photograph of Charles Guidry | | | | |
| 1122 | Photograph of Justina Uzowulu | | | | |
| 1123 | Photograph of Starr Owens | | | | |
| 1124 | Photograph of Sarah Elizabeth Osorio | | | | |
| 1125 | Photograph of Tarek Gibbs | | | | |
| 1126 | Photograph of Sitrenia Gilyard | | | | |

| 1127 | Photograph of Summer Wright | | | | |
|------|-----------------------------|---|---|---|---|
| 1128 | Photograph of Robbie White | | | | |
| 1129 | Photograph of Dudley Farenthold | | | | |
| 1130 | Photograph of Coffy Zenon | | | | |
| 1131 | Photograph of Joseph Zenon | | | | |
| 1132 | Photographs of Daybreak Patients | | | | |
| 1133 | Photographs of Group Home Owners and Marketers associated with Daybreak | | | | |
| **1200-Summary Charts of Bank Records** | | | | | |
| 1200 | Total Paid to All Daybreak Accounts From Medicare and Medicaid | | | | |
| 1201 | Checks to Group Home Owners and Marketers associated with Daybreak | | | | |
| 1202 | Other Healthcare Entities Checks to Justina Uzowulu | | | | |
| 1203 | Checks to Apartment Complexes on Behalf of Daybreak Patients | | | | |
| 1204 | Checks to Patricia Hall | | | | |
| 1205 | Checks to Robbie White | | | | |
| 1206 | Social Security Income Spending by Gwendolyn Gibbs | | | | |
| 1207 | Daybreak Family Tree | | | | |
| 1208 | Daybreak Family Tree with Total Money Paid | | | | |
| 1209 | Daybreak Family Businesses with Total Money Paid | | | | |
| 1210 | Procare Deposits and Spending | | | | |
| 1211 | Every Day Health Management Services Deposits and  Spending | | | | |

  
| 1212 | Health Max Deposits and Spending | | | | |
|---|---|---|---|---|---|
| 1213 | Outreach Dayhab Deposits and Spending | | | | |
| 1214 | Visionaire Plus Inc. Deposits and Spending | | | | |
| **1300-Summary Charts of Medicare and Medicaid Claims Data** | | | | | |
| 1300 | Daybreak Outpatient Medicare Claims Totals by Beneficiary | | | | |
| 1301 | Daybreak Medicare Claims Summary by Procedure Code and Diagnosis Code | | | | |
| 1302 | Daybreak Medicaid Claims Summary By Recipient | | | | |
| 1303 | Gibbs Care Home Medicare Claims Summary By Beneficiary | | | | |
| 1304 | Gibbs Care Home Medicaid Claims Summary by Recipient | | | | |
| 1305 | ProCare Medicare Claims Summary by Beneficiary | | | | |
| 1306 | ProCare Medicaid Claims Summary by Recipient | | | | |
| 1307 | Daybreak Medicare Claims Summary for C. Zenon | | | | |
| 1308 | Daybreak Medicare Claims Summary for J. Zenon | | | | |
| 1309 | Total Billed to Medicare and Medicaid from All Entities for C. Zenon | | | | |
| 1310 | Total Billed to Medicare and Medicaid from All Entities for J. Zenon | | | | |
| 1311 | Daybreak Medicare Claims Summary for E. Clay | | | | |
| 1312 | Daybreak Medicare Claims Summary for P. Hall | | | | |

| 1313 | Daybreak Medicare Claims Summary for R. Wesley | | | | |
|------|-----------------------------------------------|--|--|--|--|
| 1314 | Daybreak Medicare Clams Summary for R. White | | | | |
| 1315 | Daybreak Medicare Claims Summary for Beneficiaries associated with Justina Uzowulu | | | | |
| 1316 | Daybreak Medicare Claims Summary for Beneficiaries associated with Shawn Manney | | | | |
| 1317 | Daybreak Medicare Claims Summary for Beneficiaries associated with Colin Wilson | | | | |

<u>CERTIFICATE OF SERVICE</u>

I certify that on September 6, 2021, I filed this document electronically on CM/ECF.

*Kathryn Olson*

24