UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal No. 4:16-CR-234 |
| GWENDOLYN ARNETTA GIBBS, § | |
| A.K.A. GWENDOLYN ARNETTA § | |
| GUIDRY; § | |
| JUSTINA OBUMNADOR § | |
| UZOWULU; and § | |
| CHARLES GUIDRY, § | |
| § | |
| Defendants. § | |

## ORDER

The Court, having read the opposed second motion *in limine,* hereby

GRANTS or DENIES the following:

MOTION IN LIMINE 1:  Granted _____        Denied_____

MOTION IN LIMINE 2:  Granted _____        Denied_____

MOTION IN LIMINE 3:  Granted _____        Denied_____

MOTION IN LIMINE 4:  Granted _____        Denied_____

MOTION IN LIMINE 5:  Granted _____        Denied _____